## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>                    Plaintiff,<br><br>     v.<br><br>LENNY & LARRY'S, LLC,<br><br>                    Defendant. | Civil Action No. 22-191 |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Anthony Hammond Murphy voluntarily dismisses all claims alleged in *Murphy v. LENNY & LARRY'S, LLC*, Case No. 1:22-cv-00191-RAL, without prejudice, and with each party bearing his and its own costs.

Dated: October 14, 2022

*/s/Lawrence H. Fisher*
Lawrence H. Fisher (PA 67667)
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412 ) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 14, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: October 14, 2022     */s/ Lawrence H. Fisher*
                                                    Lawrence H . Fisher